**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2125

CINDY R. LEONARD

Plaintiff - Appellant,

versus

PORTER J. GOSS, Director, Central Intelligence
Agency; HEIDI F.; WILLIAM F.; DOUGLAS B.;
MARILEE J. LAYMAN; HERBERT B.; RONALD L.;
DIANE E. FLORKOWSKI; WILLIAM CRUMB; SUSAN
WATERMAN; JEANETTE MOORE; GARY C.; SHIRLEY S.;
LYNDA M.; UNITED STATES OF AMERICA,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (CA-03-1176-1)

Submitted:  December 16, 2004      Decided:  December 20, 2004

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Cindy R. Leonard, Appellant Pro Se.  Leslie Bonner McClendon,
OFFICE OF THE UNITED STATES ATTORNEY, William Joseph Howard, Ralph

Andrew Price, Jr., Assistant United States Attorneys, Alexandria, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Cindy R. Leonard appeals the district court's order granting summary judgment in favor of her former employer in her employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Leonard v. Tenet, No. CA-03-1176-1 (E.D. Va. June 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED